UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| SERJIO ENRIQUE SIGUENZA, | : |
| Plaintiff, | : |
| | : |
| v. | : No. 5:17-cv-03482 |
| | : |
| CITY OF READING; WILLIAM M. HEIM; | : |
| JESUS SANTIAGO; ERIC KOLLER; | : |
| SANDHU AND SONS, INC.; | : |
| MCLANE COMPANY, INC.; | : |
| MCLANE FOOD SERVICE, INC.; | : |
| MCLANE GROCERY, INC.; SUNOCO, LP, | : |
| Defendants. | : |

_____

# **O R D E R**

**AND NOW**, this 9th day of January, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion to Dismiss, ECF No. 32, is **GRANTED**.

2. Plaintiff's claims set forth in Count V, Count VI, Count VII, Count VIII, Count IX, and Counts IX[1] are **DISMISSED with prejudice**.

3. This Court declines to exercise supplemental over the remaining state law claims.

4. The Clerk of Court shall **REMAND** this matter to the Court of Common Pleas of Berks County, Pennsylvania, July Term, 2017, Docket No. 17-14708.

5. The Clerk of Court shall send a certified copy of this Order to the Prothonotary of the Court of Common Pleas of Berks County, Pennsylvania.

6. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Plaintiff's Complaint has two counts labeled as "IX", both of which are dismissed.

1
010918